151 A.3d 965

MARTHA C. PTASZYNSKI, INDIVIDUALLY, AND AS EXECUTOR OF THE ESTATE OF REGINA PTASZYNSKI, DECEASED, PLAINTIFF-PETITIONER, v. ATLANTIC HEALTH SYSTEMS, INC., D/B/A MT. KEMBLE REHABILITATION AT MORRIS-TOWN MEMORIAL HOSPITAL, DEFENDANT-RESPONDENT.

September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000245-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.